FILED 11 MAR '19 10:06 USDC-ORP

# United States Court
## District of Oregon

Jason Paul Schaefer,
   Plaintiff,

-v-

Tim Trask, et al.

Chris Neifert, Carolyn Townsend, Tony Weaver, Randy Bonds, 1-5 unknown Others to be determined.
   Defendants.

Civil Action No. 3:18-cv-01145-SI

Motion For Appointment of Counsel

The plaintiff respectfully requests that these Courts appoint him an Attorney for this case. Ordinarily, the plaintiff would have no right to an Attorney in this civil matter, however, Exceptional Circumstances have arisen which render such appointment necessary.

The plaintiff is under Federal Indictment, Indictment in Washington County, and apparently, is now under indictment in Columbia County.

The Defendants have recently moved

to Depose the plaintiff, and this seriously jeopardizes the plaintiff's Fifth and Sixth Amendment rights. In fact, due to the nature and timing of the indictments, these circumstances are truly extraordinary.

The Defendants also describe the plaintiff as being evaluated for Competency; this is correct, the plaintiff's mental competency has recently come under scrutiny by the Courts. This scrutiny, and the Courts' concerns about the plaintiff's mental abilities, complies the exceptional circumstances surrounding this request for appointment of Council.

The plaintiff respectfully suggests the Firm "Kramer and Associates" to represent the plaintiff. Plaintiff understands that they specialize in these sorts of cases.

Plaintiff is not sure if the following is appropriate to mention, but does so anyways; The plaintiff would grant a 20 percent contingency to representing Council.

Respectfully Submitted to the courts this March 8th, 2019

Sworn and Certified to be true and Correct, under penalty of perjury.

3/8/19

Jason Schaefer

Federal Detention Center
Jason Schaefer 805bw65
P.O. Box 13900
Seattle, Washington 98198-1090