# United States Court
## District of Oregon
### Portland.

| | |
|---|---|
| Jason Paul Schaefer, <br> Plaintiff, <br><br> -v- <br><br> Tim Trask, et al., <br> Carolyn Townsend, Chris Neifert, <br> Defendants. | Case <br> No. 3:18-cv-01145-SI <br><br><br> Motion to Stay <br> the proceedings |

Comes Now, Jason Paul Schaefer, Plaintiff Pro-Se, Moving these Courts to Stay the proceedings until the imminent adjudication of Criminal Case 3:17-CR-00400-HZ, a case in which the Plaintiff is the Defendant. Trial for this Criminal matter is May Sixth, 2019, and that date is not expected to change for any reason.

Jason Schaefer is representing himself in that matter, and is completely overwhelmed with court dates and deadlines. Discovery in this civil case, and trial, jeopardizes the Plaintiff's right against self-incrimination. This civil matter and that criminal matter are inextricably related.

Respectfully submitted to the Courts this April 9th, 2019.

4/9/19                                              Jason Schaefer

Jason Schaefer 806826
11540 NE Inverness Dr.
Portland, Oregon 97220